

FILED
CLERK, U.S. DISTRICT COURT

SEP 1 2 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 19 MJ 3809 |
| v. | |
| Bentley Hatchett | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defense Counsel_, IT IS ORDERED that a detention hearing is set for _9/13/2019_, at _2:00_ ☐a.m. / ☒p.m. before the Honorable _Maria A. Audero_, in Courtroom _690_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or

_____ and produced for the hearing.
*(Other custodial officer)*

Dated: _Sept. 12, 2019_

_____
U.S. District Judge/Magistrate Judge